JS6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTURY CITY OUTPATIENT SURGERY CENTER,<br><br>Plaintiff,<br><br>v.<br><br>ANTHEM BLUE CROSS LIFE AND HEALTH INSURANCE COMPANY & NETFLIX, INC., and DOES 1-10,<br><br>Defendants. | Case No.: 2:22-cv-07023 RGK(JPRx)<br><br>[PROPOSED] ORDER GRANTING JOINT STIPULATION OF DISMISSAL OF ENTIRE ACTION WITH PREJUDICE PURSUANT TO FRCP 41(a)(1)(A)(ii) [19]<br><br>Honorable R. Gary Klausner |

Pursuant to the Stipulation of the Parties, this action is hereby dismissed with prejudice as to all Defendants. Each party shall be responsible for its own fees and costs.

**IT IS SO ORDERED.**

DATE: ___January 6___, 2023        By: _____/s/ Gary Klausner_____
                                                   HON. R. GARY KLAUSNER
                                                   UNITED STATES DISTRICT JUDGE